UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
                                 *
BARBARA WOODS,                   *
                                 *
            Plaintiff,           *
                                 *
vs.                              *
                                 *   CIVIL ACTION NO.
BAYSTATE HEALTH SYSTEMS,         *
TODD BAILEY, TOM CULHANE,        *   04-30010-KPN
and ELIZABETH BLANEY,            *
                                 *
            Defendants.          *
                                 *
*********************************
```

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Jay M. Presser, Esq., and herewith notices its appearance as counsel for Defendant BAYSTATE HEALTH SYSTEMS in the above action.

Respectfully submitted,

_____
Jay M. Presser, Esq.
BBO No. 405760
Counsel for Defendant
Baystate Health Systems
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax (413) 787-1941

Dated: January 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the pro se Plaintiff, Barbara Woods, 33 Granville Street, Springfield, MA 01109, by first-class, U.S. mail, postage prepaid on January 20, 2004.

_____
Jay M. Presser, Esq.

F:\OFFICE DOCUMENTS\Data\Baystate Medical\Woods, Barbara\Litigation - 03-1175\Appearance-JMP (Federal).wpd

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA 01144
(413) 737-4753

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

***********************************************

BARBARA WOODS,

   Plaintiff,

vs.

BAYSTATE HEALTH SYSTEMS,
TODD BAILEY, TOM CULHANE,
and ELIZABETH BLANEY,

   Defendants.

***********************************************

CIVIL ACTION NO. 04-30010-KPN

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and herewith notices its appearance as counsel for Defendant BAYSTATE HEALTH SYSTEMS in the above action.

Respectfully submitted,

Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendant
Baystate Health Systems
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax (413) 787-1941

Dated: January 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the pro se Plaintiff, Barbara Woods, 33 Granville Street, Springfield, MA 01109, by first-class, U.S. mail, postage prepaid on January 20, 2004.

Amy B. Royal, Esq.

F:\OFFICE DOCUMENTS\Data\Baystate Medical\Woods, Barbara\Litigation - 03-1175\Appearance-ABR (Federal).wpd