United States District
Court Of Massachusetts

Barbara Woods
Vs
Baystate Health Systems
Todd Bailey Tim Culhane
Elizabeth Blaney

04 CV 30010-KPN

TO THE JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MASSACHUSETTS

MOTION FOR REMAND

Plaintiff pro-se Barbara Woods respectfully states:

1. Defendant was served on Dec. 31,03 I have enclosed a copy
Of the last two pages of respondent position statement before the
MCAD in which Elizabeth Blaney represented Baystate Health
System along with counsel Jay Presser

2. Defendants Todd Bailey & Tim Culhane are the parties
Elizabeth Blaney represented , written in Summons as Baystate
Health employees

3. In late Dec, I called Atty.Presser to see if he still represented Baystate Health Systems inform him I would have the summons Delivered to his office, I was lead to believe that perhaps they Would use other counsel

4. Peradventure removal of this action is authorized under U.S.C. 28 section 1441

5. Peradventure this Court under its discretion by U.S.C. 28 section 1404 part c may order any civil action to be tried at any place.......

Wherefore Plaintiff Barbara Woods humbly ask the Court That the action now residing in the Superior Court Please Stay within this said court.

Respectfully Submitted

*Barbara Woods*
33 Granville Street
Springfield, Mass 01109
1-413-732-2924

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document Was served to Skoler, Abbott& Presser offices

# PROOF OF SERVICE OF PROCESS

I hereby certify and ...

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*                                                                January 2, 2004

I hereby certify and return that on 12/31/2003 at 10:25 am I served a true and attested copy of the SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to PAM BOURGE, person in charge at the time of service for BAYSTATE HEALTH SYSTEMS, ELIZABETH BLANEY, 280 CHESTNUT Street, SPRINGFIELD, MA 01107. Attestation X 1 ($5.00), Conveyance ($2.10), Travel ($4.48), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $42.58

_____
Deputy Sheriff

Deputy Sheriff ALFRED B. BADONE

**N.B. TO PROCESS SERVER:**
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON THE COPY SERVED ON DEFENDANT.</u>

```
(                              )
(               , 2003         )
(                              )
```

DEC 29'03 AM 9:16

BARBARA WOODS V. BHS  CASE NO.: 03-SEM-00714
RESPONDENT'S STATEMENT OF POSITION

BHS denies Complainant was terminated in retaliation for her opposing a co-worker's discriminatory conduct. Complainant was terminated for her failure to properly perform her job duties during her introductory period.

For all the reasons cited above, BHS respectfully requests that the Commission find a lack of probable cause and dismiss this matter.

I hereby certify that the facts in the above statement are true and accurate to the best of my knowledge and belief. The Respondent is represented by an attorney in this matter.

Respectfully Submitted,

_____
Elizabeth N. Blaney
Employee Relations Consultant
Baystate Health System
280 Chestnut Street
Springfield, MA 01199
Telephone No: 413-794-7660
Dated:  May 27, 2003

Sworn and Subscribed to me before
this 27 day of May, 2003.
Notary Public Carol Ann Santaniello
My Commission Expires: 11/12/05

Dated:  May 27, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Respondent's Statement of Position* was served upon the Complainant by first-class, U.S. mail, postage prepaid, on May 27, 2003.

18

BARBARA WOODS V. BHS  CASE NO.: 03-SEM-00714
RESPONDENT'S STATEMENT OF POSITION

_____
Elizabeth N. Blaney