UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARBARA WOODS,

                Plaintiff,

vs.

BAYSTATE HEALTH SYSTEMS, TODD
BAILEY, TOM CULHANE, and
ELIZABETH BLANEY

                Defendants.

CIVIL ACTION NO. 04-30010-KPN

**CORPORATE DISCLOSURE
STATEMENT**

Pursuant to Local Rule 7.3,  Baystate Health Systems hereby files this statement indicating that no publicly held company owns 10% or more of the stock of the corporate Defendant.

On Behalf of Baystate Health Systems
Dated this 29TH day of January, 2004

      /Jay M. Presser, Esq./
Jay M. Presser, Esq.
BBO #405760
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Tel.: (413) 737-4753/Fax (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing *Corporate Disclosure Statement* was served upon the pro se Plaintiff, Barbara Wood, at 33 Granville Street, Springfield, MA 01109 by mailing a copy thereof via first-class, U.S. mail, postage pre-paid, on January 29, 2004.

      /s/ Jay M. Presser
Jay M. Presser, Esq.

F:\OFFICE DOCUMENTS\Data\Baystate Medical\Woods, Barbara\Litigation - 03-1175\Corporate Disclosure Statement.wpd