# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA WOODS<br>plaintiff | Civil Action NO.04-30010-KPN |
| vs | PRO-SE Plaintiff MOTION FOR EXTENSION OF TIME |
| BAYSTATE HEALTH SYSTEMS, TODD BAILEY, TOM CULHANE AND ELIZABETH BLANEY<br>Defendants | |

February 6, 2004

On January 26, 2004 defendants Baystate Health care filed a Motion to dismiss the following four counts (1) First Amendment (2) 14th Amendment (3) Libel Slander Defamation and (4) Intentional Tort and my response is due in 14 days which would Make that February 8, 2004.

I respectfully ask the court for a 21 days extension to answer Defendants motion I am employed for a corporation that Requires mandatory overtime on Saturday my shift of work 3-11pm I also have a personal commitment that requires a portion of my time in the morning.

I humbly ask the court to grant my motion that I may answer Effectively and with diligence and knowledge of the law which Requires tremendous research.

Respectfully Submitted

Pro-SEE Plaintiff
Barbara Woods

Certificate of service

I herby certify that a true and accurate copy of the foregoing

Pro-se Plaintiff motion for extension of time was hand

Delivered to the office of Skoler, Abbott &Presser PC

One Monarch Place Suite 2000 Springfield, Mass 01144

Pro-se

*Barbara Woods*