

# SKOLER, ABBOTT & PRESSER, P.C.
*Exclusively Representing Management in Labor and Employment Law*



FILED
CLERK'S OFFICE

'04 FEB 11 P 1:04

U.S. DISTRICT COURT
DISTRICT OF MASS.

Jay M. Presser
JayPresser@skoler-abbott.com

February 9, 2004

Clerk's Office – Civil
United States District Court
Federal Building & Courthouse
1550 Main Street
Springfield, MA  01103

        Re:  Barbara Woods
          v.
         Baystate Health Systems, et al.
        <u>Civil Action No. 04-30010-KPN</u>

Dear Sir or Madam:

  Please be advised that we will *not* be filing any Opposition to Plaintiff's Request for Additional Time to file Her Opposition to Defendant Baystate Health System's Partial Motion to Dismiss.

              Sincerely,

              Jay M. Presser

JMP:amm

Enclosure

cc:  Baystate Health System
   Ms. Barbara Woods

F:\OFFICE DOCUMENTS\Data\Baystate Medical\Woods, Barbara\Litigation - 03-1175\Federal Court Ltr. re dismissal.wpd

SUITE 2000 • ONE MONARCH PLACE • SPRINGFIELD, MA 01144 • 413-737-4753 • FAX 413-787-1941 • www.skoler-abbott.com
255 PARK AVENUE • WORCESTER, MA 01605 • 508-757-5335
AFFILIATE OF WORKLAW NETWORK: THE NATIONWIDE NETWORK OF MANAGEMENT LABOR AND EMPLOYMENT LAW FIRMS.