UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA WOODS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BAYSTATE HEALTH SYSTEMS, TODD BAILEY, TOM CULHANE, and ELIZABETH BLANEY,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 04-30010-KPN<br><br>**DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION** |

Pursuant to Local Rule 16.1, the Defendant, Baystate Health Systems (hereinafter "Defendant"), and its counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_Amy B. Royal_
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax: (413) 787-1941
Dated: February 25, 2004

Baystate Health Systems,

_JoAnn W. Davis, Esq._
Jo-Ann W. Davis
Director of Employee Relations
Dated: February 24, 2004

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the pro se Plaintiff, Barbara Woods, 33 Granville Street, Springfield, MA 01109, by first-class, U.S. mail, postage prepaid on February 25, 2004.

*Amy B. Royal*
Amy B. Royal, Esq.

F:\OFFICE DOCUMENTS\Data\Baystate Medical\Woods, Barbara\Litigation - 03-1175\Certification.wpd

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

-2-