## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

BARBARA WOODS,

        Plaintiff,

vs.

BAYSTATE HEALTH SYSTEMS, TODD
BAILEY, TOM CULHANE, and
ELIZABETH BLANEY,

        Defendants.

CIVIL ACTION NO. 04-30010-KPN

**JOINT STATEMENT AND
PROPOSED PRE-TRIAL SCHEDULE**

1.    The parties differ as to when service is to be made:

**Defendants propose the following**: As noted in prior pleadings before the court, the putative individual Defendants have not been served. Should Plaintiff decide to proceed against the individual Defendants, service is to be made on all putative Defendants no later than **March 31, 2004**.

**Plaintiff proposes the following**: Should I decide to proceed against these Defendants I reserve the right to proceed after This case ends, or after the courts decision on the Pending matter on my response to defendants Partial motion to dismiss. *See* the copy of the Plaintiff's proposal, which is attached hereto as Exhibit A.

2.    Responsive Pleadings filed by any individual Defendant are to be filed by April 30, 2004.[1]

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

---

[1] If any or all of the individual Defendants are served, the undersigned would be required to communicate with each pursuant Rule 1.7(2) of the Massachusetts Rules of Professional Conduct. Under the Rules of Conduct, the individual Defendants would be entitled to reject multiple party representation by the undersigned, and select their own counsel. Obviously, if that occurs none of them are not bound by this Statement.

3.    <u>Discovery</u>.  Discovery would commence with the Court's decision on the pending Motion for Partial Dismissal, or March 31, 2004, whichever is later, unless the Plaintiff serves an individual Defendant.  If an individual Defendant is served, and a Motion to Dismiss is filed, discovery would commence upon the court's ruling on said Motion to Dismiss.[2]  If an individual Defendant is served and an Answer is filed rather than a Motion to Dismiss, discovery would commence upon the filing of the Answer.

    A.    <u>Written Discovery</u>:  All written discovery completed no later than four months following the commencement of the discovery.

    B.    <u>Depositions</u>:  All non-expert depositions completed no later than six months following the commencement of the discovery.

    C.    <u>Expert Discovery</u>:

        i.    Plaintiff to disclose experts, if any, no later than seven months following the commencement of the discovery.

        ii.    Defendant to disclose experts, if any, no later than eight months following the commencement of the discovery.

        iii.    Expert depositions to be concluded no later than ten months following the commencement of the discovery.

4.    <u>Rule 56 Motions</u>:  Filed no later than twelve months following the commencement of the discovery.

5.    Local Rule 16.4 Certifications:  Submitted separately.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

---

[2] If the undersigned represents the individual Defendants, a Motion to Dismiss the individuals is likely, since they are not subject to suit under Title VII and were not named as Respondents in any administrative proceeding.

Respectfully submitted,

*Amy B. Royal*

Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: ~~February~~/ *March* 0 , 2004

Respectfully submitted,

*Barbara Woods*

Barbara Woods
Pro Se Plaintiff
33 Granville Street
Springfield, Massachusetts 01109
Tel.: (413) 732-2924

Dated:  February __, 2004

F:\OFFICE DOCUMENTS\Data\Baystate Medical\Woods, Barbara\Litigation - 03-1175\Joint Statement and Pretrial Schedule.wpd

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

Dear Amy B. Royal Esq.

March 9, 2004

Pursuant to rule 16.1 D I write the following

1. Should I decide to proceed against these
Defendants I reserve the right to proceed after
This case ends, or after the courts decision on the
Pending matter on my response to defendants
Partial motion to dismiss.

I agree with 3-5.

Thank-you

PRO_SE