UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARBARA WOODS,                )
          Plaintiff    )
                              )
v.                            )    Civil Action No. 04-30010-KPN
                              )
                              )
BAYSTATE HEALTH SYSTEMS,  )
          Defendant   )

SCHEDULING ORDER
March 17, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. All written discovery shall be completed by July 30, 2004.

2. Non-expert depositions shall be completed by September 30, 2004.

3. The parties shall appear for a case management conference on October 6, 2004, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

      /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN
      U.S. Magistrate Judge