UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

-5 A 10:28

U.S. DISTRICT COURT
DISTRICT OF MASS

BARBARA WOODS,

    Plaintiff,

vs.

BAYSTATE HEALTH SYSTEMS,

    Defendant

CIVIL ACTION NO. 04-30010-KPN

MOTION FOR EXTENSION OF TIME
TO REBUTTAL DEFENDANT ANSWER

On March 29, 2004 defendants filed an answer to

The above complaint, I pro-se Plaintiff humbly

Ask the courts for a 30 days extension to

Rebuttal defendant answer.

I am still currently employed for a corporation

That requires mandatory overtime on Saturday,

My work is very demanding and physical which

Leaves me exhausted I respectively ask the

Court to grant my request that I may answer

With due diligence and some knowledge of the

Law which requires tremendous research.

Respectfully submitted

Dated this 5th day of April, 2004

By *PRO-SE*

*Barbara Wro[...]*

CERTIFICATE OF SERVICE

I Hereby certify that a true and accurate copy of the
Above document was hand delivered to the office of
Skoler, Abbott & Presser PC One Monarch Place Suite 2000
Springfield, Massachusetts 01144