UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARBARA WOODS,

    Plaintiff,

vs.

BAYSTATE HEALTH SYSTEM,

    Defendant[1].

CIVIL ACTION NO. 04-30010-KPN

**OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO REBUT ANSWER**

*Baystate Medical Center, Inc.* ("Defendant BMC") has filed an Answer to the remaining claims in the above-captioned matter. No counterclaim was filed. Plaintiff has filed a "Motion for An Extension of Time To Rebuttal Defendant Answer" [sic]. The Plaintiff cites the difficulties of expending time preparing such a rebuttal while working for a company that expects mandatory overtime.

Defendant opposed such motion solely because, under the federal rules, unlike the practices at the Massachusetts Commission Against Discrimination with which the Plaintiff may be more familiar, no "rebuttal" to the Answer that was filed is necessary. Failure to file a Rebuttal to the Answer, to the understanding of the undersigned, could not adversely affect Plaintiff's rights in this matter.

Therefore, the Defendant asks that the Motion be denied, and that Plaintiff be informed that no "rebuttal" is required, expected, or useful.

---

[1] The individually named defendants have, at this point, been dropped from the case.

                                                Respectfully submitted,

                                                /s/ Jay M. Presser, Esq.
                                              Jay M. Presser, Esq.
                                              BBO No. 405760
                                              Counsel for Defendant BMC
                                              Skoler, Abbott & Presser, P.C.
                                              One Monarch Place, Suite 2000
                                              Springfield, Massachusetts  01144
Dated:   April 6, 2004                  Tel. (413) 737-4753/Fax: (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and accurate copy of the foregoing *Opposition To Plaintiff's Motion To Extend Time To Rebut Answer* was electronically filed and served upon the pro se Plaintiff, Barbara Woods at 33 Granville Street, Springfield, MA  01109, by first-class, U.S. mail, postage prepaid, on April 6, 2004.

                                                /s/ Jay M. Presser
                                              Jay M. Presser, Esq.

F:\OFFICE DOCUMENTS\DATA\BAYSTATE MEDICAL\WOODS, BARBARA\LITIGATION - 03-1175\ANSWER2.DOC