UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BARBARA WOODS,

        Plaintiff,

vs.

BAYSTATE HEALTH SYSTEMS,

        Defendant

Case No.: CIVIL ACTION NO. 04-30010 KPN

PRO-SE MOTION FOR DEFAULT JUDGEMENT UNDER FEDERAL RULE 81C FEDERAL RULE 12 SUBDIVISION (g) STATURE OF LIMITATIONS

# INTRODUCTION

On March 29-04 defendants filed an answer to the above complaint originally filed in Hampden County Superior Court on December 8-04 defendants were served on December 31-03. Please refer to Exhibit M

1. Petition for Removal filed Jan-20-04
2. Motion for Remand filed Jan-26-04
3. Case transferred February 03-04 with answer pending

According to Federal Rule 81C in a action removed to This court the defendant shall answer within 20 days Of service or 5 days after the petition of removal. The stature of limitations according to the above Federal Rule 81C has expired, and defendants answer Is time barred, in Mayes v Chrysler Credit Corporation 1998 the courts concluded that Chrysler stature of

MAS-20030312  Case 3:04-cv-30010-KPN   Document 21   Filed 04/12/2004   Page 2 of 11
liebeldo                                                                02/03/2004
                    Commonwealth of Massachusetts                       00:11 AM
                        HAMPDEN SUPERIOR COURT
                              Case Summary
                              Civil Docket

# HDCV2003-01175
## Woods v Baystate Health Systems

| | | | | | |
|---|---|---|---|---|---|
| File Date | 12/08/2003 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 01/26/2004 | Session | B - Civil B - CtRm 5 | | |
| Origin | 1 | Case Type | E17 - Civil Rights Act (12.011H-1) | | |
| Lead Case | | Track | A | | |
| Service | 03/07/2004 | Answer | 05/06/2004 | Rule12/19/20 | 05/06/2004 |
| Rule 15 | 03/02/2005 | Discovery | 01/26/2006 | Rule 56 | 03/27/2006 |
| Final PTC | 07/25/2006 | Disposition | 12/07/2006 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Barbara Woods
33 Granville St
Springfield, MA 01109-3320
Phone: 413-732-2924
Active 12/08/2003 Notify

**Defendant**
Baystate Health Systems
Served: 12/31/2003
Served (answr pending) 01/06/2004

Private Counsel 405760
Jay M Presser
Skoler Abbott & Presser PC
1 Monarch Place
Suite 2000
Springfield, MA 01144
Phone: 413-737-4753
Fax: 413-787-1941
Active 01/27/2004 Notify

Private Counsel 647175
Amy B Royal
Skoler Abbott & Presser PC
One Monarch Place
Suite 2000
Springfield, MA 01144
Phone: 413-737-4753
Fax: 413-787-1941
Active 01/27/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 12/08/2003 | 1.0 | Affidavit of indigency |
| 12/08/2003 | | Origin 1, Type E17, Track A. |
| 12/08/2003 | | #1--Allowed with process to be served. (John A. Agostini, Justice) m. 12/10/03 |
| 12/08/2003 | 2.0 | Determination re fees and costs. Waived in full. (William L. Eason, Asst. Clerk) |
| 12/08/2003 | 3.0 | Complaint & civil action cover sheet filed |
| 01/06/2004 | 4.0 | SERVICE RETURNED: Baystate Health Systems(Defendant) |
| 01/22/2004 | 5.0 | Request upon clerk to default (55a) re: Baystate Health Systems by Barbara Woods |

Commonwealth of Massachusetts
HAMPDEN SUPERIOR COURT
Case Summary
Civil Docket

## HDCV2003-01175
### Woods v Baystate Health Systems

| Date | Paper | Text |
|---|---|---|
| 01/26/2004 | 6.0 | Deft's notice of removal to U.S. District Court. |

**EVENTS**



A TRUE COPY
OF THE DOCKET MINUTES:
IN WITNESS WHEREOF, I hereunto
set my hand, and have caused the seal
of the Superior Court for the County
of Hampden to be affixed on this
day of

_Deana M Kiehl_
DEPUTY ASSISTANT Clerk

FILED
United States District
Court Of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

Barbara Woods
Vs
Baystate Health Systems
Todd Bailey Tim Culhane
Elizabeth Blaney

04 CV 30010-KPN

## TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

## MOTION FOR REMAND

Plaintiff pro-se Barbara Woods respectfully states:

1. Defendant was served on Dec. 31,03 I have enclosed a copy Of the last two pages of respondent position statement before the MCAD in which Elizabeth Blaney represented Baystate Health System along with counsel Jay Presser

2. Defendants Todd Bailey & Tim Culhane are the parties Elizabeth Blaney represented, written in Summons as Baystate Health employees

3. In late Dec, I called Atty. Presser to see if he still represented Baystate Health Systems inform him I would have the summons Delivered to his office, I was lead to believe that perhaps they Would use other counsel

4. Peradventure removal of this action is authorized under U.S.C. 28 section 1441

5. Peradventure this Court under its discretion by U.S.C. 28 section 1404 part c may order any civil action to be tried at any place.......

Wherefore Plaintiff Barbara Woods humbly ask the Court That the action now residing in the Superior Court Please Stay within this said court.

Respectfully Submitted

*Barbara Woods*

33 Granville Street
Springfield, Mass 01109
1-413-732-2924

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document Was served to Skoler, Abbott & Presser offices



**Baystate Health System**
Springfield, Massachusetts 01199
413-794-0000

October 16, 2002

Barbara Woods
33 Granville Street
Springfield, MA 01109

Dear Ms. Woods:

We are delighted that you have accepted our offer to join the Baystate Health System team of exceptional employees. We look forward to you beginning your new position as a fulltime, Custodian on October 21, 2002 in the Department of Environmental Services.

- As we discussed, your salary will be paid bi-weekly and will be at an hourly rate of $9.50.

- Our benefits package [i.e. health, dental, life insurance, earned time, pension, etc] is very comprehensive and additional materials and information will be provided during your orientation period.

Our offer is contingent upon:
- Satisfactory findings from background checks we will perform.
- Successful completion of a pre-placement physical examination which may include a urine drug test and a breath alcohol test.

*Pre-placement Paperwork and Employee Health Clearance*
It is mandatory to obtain Health Service clearance before you can start work.

*Orientation*
You have been scheduled to attend General House Orientation on October 21, 2002 from 7:45 a.m. to 12:30 p.m. Please review the enclosed *Orientation Information Sheet* for more information. As a benefits eligible employee you are scheduled for a Benefits presentation from 1:30 p.m. to 3:30 p.m. on the same day as Orientation. At the presentation, detailed information regarding your benefits will be made available.

*Page 2 of 2*

RECRUITMENT OFFICE
BARBARA WOODS

*Introductory Period*

It is the policy of Baystate Health System that all new employees complete an initial introductory period which commences upon hire and extends for 90 days. The purpose of the introductory period is to monitor and evaluate suitability for continued employment. If this period is not successfully completed, or at any time during the 90-day introductory period, Baystate Health System reserves the right to terminate your employment. A copy of the policy is enclosed for your review.

Please contact your manager, Todd Bailey at (413) 794-0229 to determine when and where you need to report to work following Orientation. Be certain to inquire about your department specific orientation, dress code, uniform requirements and any other concerns you may have.

I believe I have covered the full spectrum of our employment offer. 'If I have omitted something or you require clarification, please call me at (413) 794-7601.

On behalf of myself and the entire Baystate Health System team, *Welcome to Baystate!* I am personally confident that you will find Baystate a professionally rewarding experience.

Sincerely,

Doris Rodriguez
Recruitment Consultant

cc: Supervisor
    Personnel File
    DR/rg

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT – MOTOR VEHICLE TORT – CONTRACT – EQUITABLE RELIEF – OTHER

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.

**RECEIVED DEC 31 2003** BAYSTATE HEALTH SYSTEM EMPLOYEE RELATIONS

Rec'd in Risk Management on 12/31/_ by Pamela Bourque

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
NO. 03-1175

12/8

BARBARA WOODS, PLAINTIFF(S)

V.

BAYSTATE HEALTH SYSTEMS
TODD BAILEY – TIM COLHANE
ELIZABETH BLANEY, DEFENDANT(S)

SUMMONS

A TRUE COPY ATTEST: DEPUTY SHERIFF HMP. CTY. 12/31/03

To the above named defendant:

You are hereby summoned and required to serve upon Pro SE Barbara Woods 33 Granville ST SPFLD Mass 01104, plaintiff's attorney, whose address is _____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esq., at Springfield the _____ day of _____ in the year of our Lord two thousand three.

_Marie G. Mazza_
Clerk / Magistrate

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

## PROOF OF SERVICE OF PROCESS

I hereby certify and ...

Hampden County Sheriff's • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.                                                                                    January 2, 2004

I hereby certify and return that on 12/31/2003 at 10:25 am I served a true and attested copy of the SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to PAM BOURGE, person in charge at the time of service for BAYSTATE HEALTH SYSTEMS, ELIZABETH BLANEY, 280 CHESTNUT Street, SPRINGFIELD, MA 01107. Attestation X 1 ($5.00), Conveyance ($2.10), Travel ($4.48), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $42.58

Deputy Sheriff ALFRED B. BADONE                            _____
                                                            Deputy Sheriff

### N.B. TO PROCESS SERVER:

PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON THE COPY SERVED ON DEFENDANT.</u>

(                    )
(          , 2003    )
(                    )

DEC 29 '03 AM 9:16

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 03 1175 | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

PLAINTIFF(S) BARBARA WOODS
33 GRANVILLE ST.
SPFLD, MASS 01109-3 HAMPDEN COUNTY SUPERIOR COURT FILED DEC - 8 2003

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE

Board of Bar Overseers number: _____

DEFENDANT(S) ELIZABETH BLANEY
BAYSTATE HEALTH SYSTEM
280 CHESTNUT ST. SPFLD MASS 01199

ATTORNEY (if known) JAY PRESSER
1 MONARCH PLACE
SPFLD, MASS 01103

Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

CODE NO. E-17
TYPE OF ACTION (specify) Discrimination Sex Retaliation
TRACK (A)
IS THIS A JURY CASE? (X) Yes ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........................... $........
2. Total Doctor expenses ............................ $........
3. Total chiropractic expenses ...................... $........
4. Total physical therapy expenses .................. $........
5. Total other expenses (describe) COUNSELING BY CLERGY ... $700.00
Subtotal $........
B. Documented lost wages and compensation to date ............ $........
C. Documented property damages to date .................. $16,000
D. Reasonably anticipated future medical and hospital expenses ....... $........
E. Reasonably anticipated lost wages .................... $90,000
F. Other documented items of damages (describe) PAIN & SUFFERING FOR EFFECTS OF DISCRIMINATION High Blood Loss of Enjoyment Freedom ........ $........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe) $15,000,000

$........
TOTAL $15,090,700

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

Attest: Donna M. Liebel
DEPUTY Assistant Clerk

TOTAL $........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record  Barbara Woods    DATE: 12-8-03

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN , ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

CIVIL ACTION
No. 03-1175

BARBARA WOODS _____, PLAINTIFF(S)

HAMPDEN COUNTY
SUPERIOR COURT
FILED
JAN 2 2 2004
CLERK-MAGISTRATE

VS.

BAYSTATE HEALTH SYSTEMS
~~Elizabeth Beaney~~ , DEFENDANT(S)

### REQUEST FOR DEFAULT

I, _Barbara Woods_ Pro Se, Attorney for the plaintiff, _Barbara Woods_, state the Complaint and Summons have been served on the defendant, _BAYSTATE Health System_ ~~Elizabeth Beaney~~, on _12/3/03_ as appears from the officer's return and the time in which the defendant may serve an answer or responsive pleading upon me has expired and that the defendant has not served an answer or responsive pleading upon me nor has he filed any pleading in court.

Wherefore, the plaintiff, _Barbara Woods_ makes application that the defendant be defaulted.

Signed under the penalties of perjury.

A true copy
Attest:
_Donna M. Riel_
DEPUTY Assistant Clerk
Form 6

_Barbara Woods_
33 Granville St.
Softn Mass 01109