UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA WOODS, <br><br> Plaintiff, <br><br> vs. <br><br> BAYSTATE HEALTH SYSTEMS, <br><br> Defendant | Case No.: CIVIL ACTION NO. 04-300010-KPN <br><br> PRO-SE MOTION FOR WAIVER OF FEES AND COSTS |

On March 17-04 the court order discovery to
commence I ask the court to waive the fees or
Defer the costs to the defendant I am indigent
My hourly wage is 7.87 with a shift differential
Of 26 cents I would like to obtain depositions
From 20 people to be witnesses the fees and
Cost ranges 5000-7000 as reported.

In conclusion I humbly ask the court to grant
My motion that I may have a fair opportunity
To prove the instant case.

*Barbara Woods*
*June 7-04*

Certificate of Service

I hereby certify that a true and accurate copy of the
Above document was served to Skoler Abbott & Presser
One Monarch Place Suite 2000 Springfield Mass 01144

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA WOODS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BAYSTATE HEALTH SYSTEMS,<br><br>　　　　Defendant | Case No.: CIVIL ACTION NO.04-30010-KPN<br><br>PRO-SE PLAINTIFF INTERROGATORIES TO DEFENDANT |

1. Please provide the date plaintiff began employment with defendant.
    a. Please provide the salary and benefits
2. Identify by name address and phone number For the following persons to be witness for the purpose of obtaining an deposition.
    a. Todd Bailey
    b. Tracy Malloy
    c. Burt Ives
    d. Tim Culhane
    e. Moira Plummer
    f. Don Potter
    g. Caroline Anzeze
    h. Colleen Foley Health Services
    i. Doris Rodriguez
    j. Michele Forcier R.N.

  k. Molly S. Carlin R.N
  l. Jean Patenaude
  m. Donna Kaneany
  n. Annette Harris
  o. Annie Gamble

3. State whether the defendant has a Personnel handbook and or policy manual or other documents setting forth policies with regard to

  a. Insubordination and when is it used
  b. Discrimination
  c. Defamation
  d. Harassment
  e. Retaliation

4. Please provide the organizational charts for the defendant employer for the year 2002

5. For each employee of the defendant employer who is considered management set forth each job title

  a. Job Description

6. Please provide a job description for registered nurses

  a. Molly s. Carlin
  b. Michele S. Forcier