UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT

| | |
|---|---|
| BARBARA WOODS,<br><br>    Plaintiff,<br><br>vs.<br><br>BAYSTATE HEALTH SYSTEMS,<br><br>    Defendant | Case No.: CIVIL ACTION NO. 04-30010-KPN<br><br>PRO-SE MOTION FOR A PROTECTIVE ORDER TO STOP DEPOSITION & MOTION FOR A WAIVER TO OBTAIN COUNSEL FOR DEPOSITION PURPOSES |

On September 15, I comply with the defendant
Request to attend my deposition according to
Federal rules 26 © a deposition may cease if it
Is conducted in such a way to annoy or oppress
The party. Present at the deposition was
Elizabeth Blaney Atty. Presser and the
transcriber, When questioned I answered to the
Best of my ability Atty. Presser response to my
Answer was in a harassing manner and his voice
Level raise a few octaves. I am on high blood
Pressure medicine and suddenly felt nervousness
I have answered the defendant interrogatories
I ask the court for a protective order to stop
This unfair behavior. I also ask the court for
An waiver to charge the defendant for the
purposes of hiring an lawyer for my depositions,

In Childers v Mineta 205FRD 29 (D.D.C. 2001) The courts concluded that Pro-se person should receive more latitude than counsel to correct Defects. It was held in New Hanover County v Sidbury (1945) 225 NC 679, 36 SE2d 242 the court Observed that a litigant often undertakes to conduct his own case without benefit of expert advice but soon finds himself enmeshed in the Intricacies of the law and realizes he cannot Proceed intelligently and effectively without The aid of counsel.

In conclusion I ask the court to consider The above motions.

*Barbara Wood*
PRO-SE

## Certificate of service

I hereby certify that a true and accurate copy of the above motions was hand Delivered to the office of Skoler Abbott & Presser One Monarch Place Suite 2000 Springfield, Mass

Dated this 16th day of September, 2004

*Barbara Wood*
PRO-SE