UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BARBARA WOODS,

    Plaintiff,

vs.

BAYSTATE HEALTH SYSTEMS,

    Defendant

Case No.: CIVIL ACTION NO. 04-30010-KPN

PRO-SE ANSWER TO DOCUMENTS & INTERROGATORIES

## PLAINTIFF ANSWERS TO DOCUMENTS

1. Documents provided please refer to the MCAD file in your possession
2. provided
3. provided
4. provided please refer to file
5. provided please refer to nurses statement in November-02-refer to statements obtain from Todd Bailey over sensitive creature- please Refer to responses about work performance
6. provided
7. objection confidential information but will provided the fact that I had to under go surgery that I was not able to afford.
8. privilege mental impression
9. objection-privilege –mental impression

10. objection -mental impression
11. provided -what information I have
12. provided -what information I have
13. provided -what information I have

## PRO-SE ANSWERS TO INTERROGATORIES

1. Barbara Woods
33 Granville street Springfield, MA 01109
date of birth -objection-occupation-packer-educational background-objection-confidential information

2. salary -baystate 916.00 bi-weekly 1832-monthly-loss of pay for a year-22,084 loss of health insurance, stress and emotional damages 1,000,000 pay loss currently 314.00 weekly compare to 916.00 biweekly.

3. had to under-go surgery without insurance Doctor Prefontaine clinic and others

4. information alreadly in your hands

5. Annette Harris unknown will testify that she was never my trainer as alleged in the MCAD file

6. provided contacted numerous companies telephone search Industrial Park in Agawam, Search Industrial Park in Springfield Future Works Mt. Holyoke College

To the MCAD file information already in your hands

14. information already in you possession but will answer partly the nurses statement for one about my character in November -02

15. I am experiencing nervousness and headaches and I still have pain in my heart in reliving the thought of being falsely terminated before the Christmas season .

Dated this 28th day of June, 2004

*[signature]*