UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARBARA WOODS,

    Plaintiff,

vs.

BAYSTATE HEALTH SYSTEM,

    Defendant.

CIVIL ACTION NO. 04-30010-KPN

**DEFENDANT'S MOTION TO EXTEND DEADLINE FOR COMPLETING PLAINTIFF'S DEPOSITION**

Now comes counsel for *Baystate Medical Center, Inc.* ("Defendant BMC") and moves to extend the time for completing the Plaintiff's deposition. In support of this Motion the Defendant states as follows:

1)     The Defendant commenced the Plaintiff's deposition within the initial period allowed by the court's discovery order.

2)     After a few questions Plaintiff left said deposition and filed a Motion for Protective Order. The undersigned filed a Motion for Sanctions.

3)     They denied the Plaintiff's Motion and, on September 23, 2004, ordered that Plaintiff appear for the completion of her deposition which was to be scheduled on or before October 5, 2004. Plaintiff had scheduled a deposition for September 24, and 27 respectively. Inasmuch as the undersigned is scheduled to commence a trial on October 4, 2004, the Defendant, in order to comply with the court's deadline, scheduled the deposition for October 1, 2004.

4) The deposition commenced shortly after 10:00 a.m. At approximately 11:30 a.m., the undersigned asked the Plaintiff what time she preferred to break for lunch. At that time Plaintiff indicated that she didn't realize that the deposition would be all day, and that she needed to leave by noon. (She subsequently indicated that she could stay until 12:30 p.m., and the deposition continued until said that time.) Plaintiff indicated that she had to report to work by 2:00 p.m., and that before that time she needed to drive her mother to West Springfield to attend to child care needs for a youngster.

5) The undersigned, after consultation with his client, indicated that he understood that as a pro se plaintiff, she may have not comprehended that the deposition would be lengthy, and that we had no desire to cause her to put her job in jeopardy or adversely affect the childcare arrangements that depended on her taking her mother to another location before she commenced work. The undersigned informed the Plaintiff that, accordingly, he would not move for dismissal or sanctions for her leaving, and the Defendant does not dot do so. The undersigned was told that when the deposition is rescheduled she should make whatever arrangements are necessary so that she could stay at the deposition through its completion.

6) However, Defendant should not be prejudiced by the Plaintiff's inability to comply with her obligations. The undersigned is currently scheduled for a trial from October 4-7, and a Settlement Conference October 8,

involving multiple parties. If the Settlement Conference is unsuccessful, the undersigned will commence another trial that will last the entire week of October 18, 2004, and will require that he use all his free time the week of October 11, 2004, to prepare for said hearing (given a few other matters already scheduled.) The undersigned also has an arbitration hearing scheduled for October 26 in West Springfield and another scheduled for October 27th, in Danbury, Connecticut.

Accordingly, the undersigned asks that the court extend the time for Defendant to complete the Plaintiff's deposition until November 5, 2004.[1] The Defendant leaves it to the court's discretion regarding whether to postpone the case management conference.[2]

Respectfully submitted,

*(signature)*

Jay M. Presser, Esq.
BBO No. 405760
Counsel for Defendant BMC
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax: (413) 787-1941

Dated: October 1, 2004

---

[1] Should the hearing scheduled for October 18, 2004, be settled on October 8, 2004, the undersigned would move quickly to complete the deposition and notify the court when it was completed.

[2] The conference is currently scheduled for October 6, 2004. In light of lead counsel's inability to attend, in light of the trial commencing October 4, 2004, a motion to continue said conference to October 13, 2004, a date suggested by the clerk, was filed.

3

## CERTIFICATE OF SERVICE

I hereby Extend Time to Complete Deposition was served upon the pro se Plaintiff, Barbara Woods at 33 Granville Street, Springfield, MA 01109, by first-class, U.S. mail, postage prepaid, on October 1, 2004.

Respectfully submitted,

Jay M. Presser, Esq.

F:\OFFICE DOCUMENTS\DATA\BAYSTATE MEDICAL\WOODS, BARBARA\LITIGATION - 03-1175\ANSWER2.DOC