UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA WOODS,<br><br>              Plaintiff,<br><br>vs.<br><br>BAYSTATE HEALTH SYSTEM,<br><br>              Defendant. | CIVIL ACTION NO. 04-30010-KPN<br><br>**DEFENDANT'S MOTION TO POSTPONE CASE MANAGEMENT CONFERENCE** |

    Now comes counsel for *Baystate Medical Center, Inc.* ("Defendant BMC") and moves to postpone the Case Management Conference in the above captioned matter presently scheduled for October 6, 2004. The request is necessary because lead counsel for Defendant will, it appears, be at trial in Hartford, Connecticut on that date.

    The morning of October 13, 2004, suggested by the clerk as a possible day to reschedule the conference, is agreeable to all the parties. The undersigned asks that the conference be scheduled at the earliest available time that morning, as the court can schedule the proceedings, is acceptable to the parties, and was a rebuttal while working for a company that expects mandatory overtime.

Respectfully submitted,

/s/ Jay M. Presser

Jay M. Presser, Esq.
BBO No. 405760
Counsel for Defendant BMC
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax: (413) 787-1941

Dated:   October 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion To Postpone Case Management Conference was electronically filed and served upon the pro se Plaintiff, Barbara Woods at 33 Granville Street, Springfield, MA 01109, by first class, U.S. mail, postage prepaid, on October 1, 2004.

/s/ Jay M. Presser

Jay M. Presser, Esq.

F:\OFFICE DOCUMENTS\DATA\BAYSTATE MEDICAL\WOODS, BARBARA\LITIGATION - 03-1175\ANSWER2.DOC