UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARBARA WOODS,                )
        Plaintiff    )
                          )
    v.    )    Civil Action No. 04-30010-KPN
                          )
                          )
BAYSTATE HEALTH SYSTEM,    )
        Defendant    )

FURTHER SCHEDULING ORDER
October 13, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference held this day:

1.    All written discovery shall be completed by November 5, 2004.

2.    Defendants shall file their motion for summary judgment by December 10, 2004, or notify the court in writing by that date that no such motion will be filed.

3.    Plaintiff shall respond to Defendants' motion for summary judgment by January 7, 2005.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge