UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA WOODS, | Case No.: CIVIL ACTION NO. 04-30010-KPN |
| Plaintiff, | |
| vs. | PRO-SE- MOTION FOR A PROTECTIVE ORDERS FOR A MINOR CHILD JOHN DOE AGE 5 AND HIS PARENT JANE DOE AND SUPERVISOR ANGELO DETORRICCE |
| BAYSTATE HEALTH SYSTEMS , | |
| Defendant | |

On October 29, my deposition was completed with the
Defendant, the defendant ask question in reference to
A minor child of whom I was employed to take care of
In the year 2002, through New England Farmworkers
And the child mother. The defendant obtain this
Information through my answering an interrogatory
When the defendant ask me to comply with w2 forms
For that year I sent that information in good faith.
At the beginning of my deposition I choose to waived
My objections to the end and read and sign and object
to the form of the question. I seek the court
intervention if I must reveal the name of the child
Mother. Also the defendant ask me about my supervisor
Angelo Detorrice and my company address I gave the
Defendant that information.
Federal Rule 26c of civil procedure provides for

Limitations on discovery in order to protect a person or party from annoyance embarrassment, oppression or Undue burden. If a court find that a harm will Result form disclosure of information then it can balance the weight and provide a order.
Peradventure if Baystate is allowed to depose my Supervisor I will be subjected to harm and perhaps termination. I worked very hard for my position I first Was employed as a temp before hiring. This inquiry serves no purpose but to hurt and it appears improper.
Peradventure if the defendant is allowed to obtain The child mother name to inquire about the minor child Confidential information parent and child privileged Information it appears their privileged will be violated. It will also cause my family annoyance And embarrassment and oppression and it serves no Purpose but is a attempt to try to make me end this lawsuit.
In conclusion I ask the court to consider the motion Since the adaptation of the Federal rules of civil Procedure in 1938, the courts have considered that Discovery was to serve as a device to clarify the basic Issue between the parties see Hickmanv Taylor 329.495-501 1947 in relying on Federal rule 26c is not a Device to oppress or harm or annoy a person or party.

I ask the court to grant this motion for protective Orders I have provided my w2 in which I sent to the Defendant please refer to exhibit 7.

                                    Respectively Submitted

                                    *Barbara Wood*
                                    Nov-5-04

Certificate of service

I hereby certify that a true and accurate copy of the Foregoing instrument was hand delivered to the offices Of Skoler Abbott & presser one monarch place suite 2000 Springfield mass 01144

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | | |
|---|---|---|---|
| NEW ENGLAND FARM WORKERS' COUNCIL<br>1628-1640 MAIN STREET,<br>SPRINGFIELD, MA 01103 | | OMB No. 1545-0115<br>**2002**<br>Form **1099-MISC** | **Miscellaneous Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| ●●●●2959 | ●●●●●330 |

| 1 Rents $ | 2 Royalties $ |
|---|---|
| 3 Other income $ | 4 Federal income tax withheld $ |

RECIPIENT'S name
BARBARA A. WOODS

Street address (including apt. no.)
33 GRANVILLE STREET

City, state, and ZIP code
SPRINGFIELD, MA 01109

Account number (optional)

| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
|---|---|
| 7 Nonemployee compensation $ 2,044.50 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
| 11 | 12 |
| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15 | |
| 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**  (Keep for your records)  Department of the Treasury - Internal Revenue Service

Copy B
For Recipient

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

EXHIBIT 7