UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA WOODS,<br><br>        Plaintiff,<br><br>vs.<br><br>BAYSTATE HEALTH SYSTEM,<br><br>        Defendant. | CIVIL ACTION NO. 04-30010-KPN<br><br>**BAYSTATE HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT** |

    Now comes Defendant Baystate Health System ("BHS") and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for Summary Judgment on all remaining claims brought against it by the Plaintiff, Barbara Woods.

    BHS has filed a Statement of Undisputed Facts and Supporting Materials, as required by the rules. The reasons in support of this Motion are fully set forth in the accompanying Memorandum of Law in Support of BHS' Motion For Summary Judgment. Defendant submits there are no genuine issues of material fact.

                                                Respectfully Submitted,

                                                /s/ Jay M. Presser
                                               Jay M. Presser, Esq.
                                               BBO No. 405760
                                               Counsel for Defendant BHS
                                               Skoler, Abbott & Presser, P.C.
                                               One Monarch Place, Suite 2000
                                               Springfield, Massachusetts  01144
Dated:  December 10, 2004           Tel. (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Baystate Health System's Motion for Summary Judgment* was served upon the *pro se* Plaintiff, Barbara Woods, at 33 Granville Street, Springfield, MA 01109, by first-class, U.S. mail, postage prepaid, on December 10, 2004.

                                        /s/ Jay M. Presser
                                        Jay M. Presser, Esq.