UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA WOODS,<br><br>             Plaintiff,<br><br>vs.<br><br>BAYSTATE HEALTH SYSTEM,<br><br>             Defendant. | CIVIL ACTION NO. 04-30010-KPN<br><br>**BAYSTATE HEALTH SYSTEM'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 20 PAGES** |

    NOW COMES Defendant, Baystate Health System, and pursuant to the Local Rules of the United States District Court of Massachusetts moves for permission to file a Memorandum of Law in Support of It's Motion for Summary Judgment that is in excess of twenty pages. The Memorandum, filed with this Motion, is twenty-four pages and seeks dismissal of the entire case.

    Allowing this motion will assist the court in ruling on this dispositive motion.

                                   Respectfully Submitted,

                                   /s/ Jay M. Presser
                                 Jay M. Presser, Esq.
                                 BBO No. 405760
                                 Counsel for Defendant BHS
                                 Skoler, Abbott & Presser, P.C.
                                 One Monarch Place, Suite 2000
                                 Springfield, Massachusetts  01144
Dated:  December 10, 2004         Tel. (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Baystate Health System's Motion for Leave to File Memorandum of Law in Excess of Twenty Pages* was served upon the *pro se* Plaintiff, Barbara Woods, at 33 Granville Street, Springfield, MA 01109, by first-class, U.S. mail, postage prepaid, on December 10, 2004.

                                                /s/ Jay M. Presser
                                                Jay M. Presser, Esq.