UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA WOODS,<br><br>          Plaintiff,<br><br>vs.<br><br>BAYSTATE HEALTH SYSTEM,<br><br>          Defendant. | CIVIL ACTION NO. 04-30010-KPN<br><br>**NOTICE OF FILING WITH CLERK'S OFFICE** |

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Exhibits to Affidavit of Jay M. Presser in Support of Baystate Health System's Motion for Summary Judgment.

The original documents are maintained in the case file in the Clerk's Office.

Respectfully Submitted,

    /s/ Jay M. Presser
Jay M. Presser, Esq.
BBO No. 405760
Counsel for Defendant BHS
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Dated: December 10, 2004    Tel. (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Filing with Clerk's Office* was served upon the *pro se* Plaintiff, Barbara Woods, at 33 Granville Street, Springfield, MA 01109, by first-class, U.S. mail, postage prepaid, on December 10, 2004.

    /s/ Jay M. Presser
Jay M. Presser, Esq.