UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

BARBARA WOODS,

    Plaintiff,

vs.

BAYSTATE HEALTH SYSTEMS,

    Defendant

Case No.: CIVIL ACTION NO. 04-30010 KPN

MOTION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGEMENT

I ask the court for a 3 week extension to respond to the defendant motion file on Dec-10-04 the court has ordered my response by Jan-7-05 I humbly ask for more Time to prepare an effective legal response I have no Access to a computer at home but I frequently use the local college and they were closed for the holidays And just reopened today.

In conclusion I hope the court will consider the matter.

I hereby certify that a true copy of this motion was mailed to the office of Skoler, Abbott Presser one Monarch Place suite 2000 Springfield, Mass 01109

Dated this 3rd day of January, 2005

Respectfully Pro-SE
Barbara Woods

Summary of Pleading - 1