# Rebuttal of Exhibits

Exhibit 1

Appears to be around the same date that the meetings started, It is my position that Potter reprimand was Light, for we are all given an employee handbook At orientation that should have Baystate Operating Principles inside, It is also my position that I was Treated unfairly management chose to write up Everything in reference to me.

In reference to Exhibit 2 It is my contention that Miss Gamble yelled, scream and was the aggressor. Upon Meeting Mrs. Gamble the first and second week of my employ Mrs. Gamble constantly complained about everyone from Mr. Bailey to Caroline to Don My personal thought was that if she could say these Things about them what would she say about me I denied the Exhibit, Mrs Gamble also inform me She was a diabetic and had her toe cut off, I tried To help her the best I could, her training motives Were somewhat odd, Mrs. Gamble was very upset With me for asking her where she was going, to the Point that she informed management I didn't think It unreasonable to ask for she had the keys to the Papertowels, and needleboxes, and I may need To change them. For I was never issued keys.



In reference to Exhibit 3  Miss Anzeze fails
To inform management of the previous
Accidents or jokes as they alleged to
Call them, In the first week of my employ
Caroline lifted up her foot to kick me,
While I was walking down the Hallway
That one occasion the second occasion
Miss Anzeze accidently spitted in my
Food at break, Now this brings us up to
Date with the present Exhibit 3 I was
Working in the O.R. washing the bed
Underneath, I did not her Caroline enter
The room Why she did not announce herself
Is unknown to me, according to management
Exhibit she went to bend down to talk to me
Would a reasonable person try to get your
Attention in this fashion, It is my position
Miss Anzeze entered the room unannounced
And stood quietly over me while I was deep
In detailed worked when I went to stand she
Was directly behind me and she attentionly
 Touch my face with her gloves I ask her Why
Did she do that, and please don't ever do that
Again, I immediately went and washed my face.

③

# Rebuttal of Exhibit 10

I denied this exhibit and state the following Moira Plummer instructed me in the cleaning of the MRSA rooms, Mrs. Gamble is a co-worker That provided information also, In reference to the O.R. staff documentation this is the first that I have seen it and I was not aware of it until the respondent mailed it, also I was not aware that the nurses were the decision makers . In my employ there I had 2 conversation with two of them even though I seen them everyday since Oct.23, I greet them being courteous but they rarely replied, the first conversation I recall was from a nurse on first shift upon the start of her shift she said to everyone in the breakroom at that time that she noticed hair , what kind of hair was it she didn't know but began to make a joke about body hair. She laughed and went her way It appears that someone gossip this information to Bailey and he decided to write it up and No time in my employ and the numerous meetings was I ask to sign documentation of this sort, Moira Plummer lead has never told me of the nurses opinion It is my contention that one of the nurses in the breakroom  overheard this conversation and it is only a pretext and the real reason points back to the respondent discriminatory comment and retaliation, These documents from the O.R. staff are slanderous in nature about my work performance and character and based upon this group of nurses were the majority are white and appears to be decision makers of the o.r. dept I have no choice but to set the record in order I am African American and I am proud to be one my family roots are God-fearing hard working people , I have provided for the record Some characters reference and work reference from Elms College for

The respondent statement attempts to suggest to the commission that I was not proper to their environment and disgusting, I also that it reasonable to provided these documents since the respondent suggest that I disrupted there environment in a short period of time, the respondent investigator writes that Bailey stated this was a hard position to fill, the only hard thing about it was the people and there bias attitude.

In reference to Mrs. Gamble It is my contention that Gamble has been employed their for numerous years an is well-favored I have observed Miss Gamble purchasing products from these white nurses They would frequently bring in catalogs for you to buy from I declined to do so, On one occasion while in the breakroom Caroline gave me a book and suggest that I could buy. I mentioned to her that I chose not to buy anything. I ask Moira Plummer may I take my break at Friendlys she replied that it was okay, you can verify this by the night shift staff at friendlys. It is my position also that the record appears to show how the nurses really showed their favour for Miss Gamble.

## Summary Rebuttal

I Barbara Woods hold fast to the charge of retaliation and
discrimination as far as my work performance is concerned.
Moira Plummer Lead Supervisor at nights inform me after
I finished with my training some time in November that
She was quite pleased with my work, Their came a time
In my first 2 weeks of employ that Potter himself stated
I was a excellent worker, around this time an inspection
Occurred at nights in the O.R. Dept present for the inspection
Management and the inspector that week I was responsible
For the sweeping and mopping and Potter was responsible
For the detailed work, when the checked the O.R. Room
Number 10 we received as I heard management say Tim
Culhane that they had received the highest rating ever
And he was shaking hands at the time clock, as a matter
Of fact he shook mine for I was instrumental in the cleaning
Of the room that night I had pulled things out and swept and
mopped , and I heard that the inspector went to the farthest
Corner and swipe his hands around and found nothing,
That week Moira stated to me I was an excellent mopper.
IN all fairness when I was working in the Emergency Rooms
I was compliment by a doctor and a nurses about my work
Burt Ives never received any documentations from them
In reference to my work, It is my position that I have over
20 years in cleaning and always have been a hard-worker
and that their slanderous lies about my character and work
is just pretext and the real reason is the discriminatory comment

that was made to me, I have provided some character statement from my previous job since it was just a short period of time as the respondent statement appear to verify. `


In conclusion I wanted my job and they took it from
Me I was in meeting after meeting harassed and intimated
To the point where I had no choice but to call for help
From someone, I again hope that the Commission find
The Respondent guilty of the charge of retaliation for
What person in there first two months of working is
Brought in the office 2 and 3 times a week and subjected
To this type of treatment .


                                        Thank-you

                                 *Barbara Woods*

June 16, 2003

To Whom It May Concern:

This letter is to serve as a character reference for Barbara Woods. Barbara was employed as a housekeeper at Elms College for approximately five years. During that time, Barbara would occasionally fill-in for the admission office housekeeper. I found Barbara to be punctual, thorough as well a humorous. Barbara always had a smile on her face and enjoyed interacting with all members of the staff. I found Barbara to be a pleasure to work with.

Sincerely,

Rebecca A. Lescarbeau
Assistant Director for Admission and Financial Aid Operations
Elms College

June 16, 2003

To Whom It May Concern:

    This letter is in regards to Barbara Woods whom I met while she was employed at Elms College. I have had the privilege of knowing Ms. Woods for the last couple of years. I would run into Barbara each morning at the College Center, the building that she was responsible for. She always had a smile on her face while she was working and managed to always have some comforting words for me to start my day.

    Barbara was very popular, energetic, and was an active participant with the college community during her five years here. She is a very intelligent, trustworthy, and creative woman. When Barbara had some personal situations in her life, she never would let that effect her work performance or attendance. She could be seen working very hard to make our campus look beautiful. Even on the hottest of days, she still smiled and never complained. Barbara is a wonderful woman and her absence here on campus, has been missed.

Sincerely,

Mary M. Carsten
Administrative Assistant
Elms College

June 16, 2003

Magalia Rivera
Investigator/Massachusetts Commission Against Discrimination
436 Dwight St.
Springfield, MA 01103

Dear Ms. Rivera,

I am writing this letter of support for Barbara Wood who was employed at Elms College as a housekeeper. In her work, Barbara was very responsible and completed her tasks in the highest of quality. She is a very friendly and easygoing woman. Barbara loves to interact with people and treats them with the utmost respect.

Sincerely,

*Barbara Baker*
Barbara Baker
Assistant Counselor for Part-time
Undergraduate and Graduate Student
Admissions

DISCRIMINATION COMPLAINT
MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION AND EEOC

FEPA NO.: 03-23-00714
EEOC NO.: 16CA301242

FILING DATE: 2/21/03
VIOLATION DATE: 12/09/02

NAME OF AGGREIVED PERSON OR ORGANIZATION:
Barbara Woods
33 Grandville St.
Springfield, MA 01109

TELEPHONE NUMBERS:
HOME: (413) 732-2924

**RECEIVED**

FEB 21 2003

COMMISSION AGAINST
DISCRIMINATION/SPRINGFIELD

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, OR
STATE/LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

Baystate Health Systems
Environmental Services Department
759 Chestnut St.
Springfield, MA 01199

TELEPHONE NO.: (413) 794-0229

NO. OF EMPLOYEES: 25 +

CAUSE OF DISCRIMINATION BASED ON: Retaliation

Most recently on December 9, 2002, the Baystate Health System has discriminated against me terminating me and retaliating against me for opposing what I believe were racially derogatory comments, in violation of M.G.L. c.151B S4 (1), (4), and Title VII of the 1964 Civil Rights Act.

THE PARTICULARS ARE:
1. I began my employment at Baystate Health System on or about October 21, 2002.
2. Don Potter, a co-worker, was assigned to train me. During my initial training shift Mr. Potter made a rude comment about my brother based on his race (African American).
3. I told Mr. Potter that his comment was offensive and I felt he was prejudiced.
4. The following day, Mr. Potter contacted the direct supervisor, Todd Bailey, to inform them of his actions. Management decided to continue my training with Mr. Potter.
5. At the end of October or early November, 2002, my training was completed and an end of training meeting was scheduled. I was under the impression that this meeting was to determine my schedule, however after an initial, brief meeting with all co-workers Todd Bailey requested a private meeting with me.
6. In the private meeting Mr. Bailey asked me about the incident with Mr. Potter and my use of the word prejudice. I refused to answer any questions relating to that subject at that time.
7. The next day there was another meeting, which I was not informed of until 6:00 a.m., which is the end of my shift. In this meeting, with all the co-workers that were present at the previous meeting, I was asked to speak freely about what had happened. Moira Plummer then said that she had overheard Caroline (last name unknown) and Don Potter talking about me calling Mr. Potter prejudiced.
8. Two days later, there was another meeting. Mr. Bailey informed me that I am overly sensitive and that he was going to write me up because a co-worker had complained because I asked her where she was going. I feel this is a pretext and the real reason I was written up was because of my opposition to discriminatory conduct that took place in the workplace.
9. Mr. Bailey then decided to bring this to the attention of Tim Callahan, the manager. Management then proceeded to call in my brother, and ask him about the incident and tell him that the word prejudice meant racism and to inquire about me.

10. The next day Mr. Bailey and Mr. Callahan informed me of the meeting with my brother and that I was protected from this harassment. I was then told that I would be moved to another area, I was given no choice in the matter.
11. Burt Alves was my new supervisor while I was assigned to the emergency rooms.
12. One night during my shift I sat down in a sitting area in one of the emergency rooms and was told by a co-worker, Annette, that I should not be sitting there because it was for patients. I told her that it was none of her business that I was sitting down.
13. This incident was reported to Mr. Alves. Sometime in November 2002, there was another meeting with Mr. Bailey and Mr. Alves. The meeting began with me signing training papers then Mr. Bailey questioned me about the incident in the emergency room with Annette. I asked him to leave me alone.
14. The next day Mr. Alves decided to write up this incident as insubordinate but informed me that it was to be seen as a constructive tool and wrote it up as only a verbal warning.
15. On December 9, 2002, Mr. Callahan and Mr. Bailey held a meeting in which I was terminated for the same alleged charges that Mr. Alves wrote up as a verbal warning. I feel that this is a pretext and I was terminated in retaliation to my opposition to my co-worker's discriminatory conduct.

I ALSO WANT THIS CHARGE FILED WITH THE EEOC: XXX

I WILL ADVISE THE AGENCY IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURES.

I SWEAR OR AFFIRM THAT I HAVE READ THIS COMPLAINT AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_Barbara Woods_

SWORN TO AND SUBSCRIBED BEFORE ME THIS 21 DAY OF Feb, 2003.

NOTARY PUBLIC
My Commission Expires: 9/15/04

**RECEIVED**

FEB 21 2003

COMMISSION AGAINST
DISCRIMINATION/SPRINGFIELD

## Brief Summary

Dates - October-November- December 9,02
Names- Tim Callahan -Manager Env. Services-white
Burt Ives - Supervisor - Env. Services-white
Todd Bailey Supervisor -Env. Services-white
Moira Plummer Lead Custodian Env. Services-black
Don Potter Custodian Two Env. Services-white
Caroline Custodian Two Env. Services-African
Annie Gamble Custodian Env. Services-black
Annette   Custodian Env. Services-Jamaica
Millie Custodian Env. Service-Spanish

## Incidents

October 21, Potter used unlawful harassment which appeared to be prejudicial.

Potter never harass others Jenny X (white nurse in the dept)
Potter never used degrading statements to (Debbie X white Lead Custodian Darlene X white nurse in the dept Pat x white supervisor in our area)

Moira Plummer Lead elected to have training provided by Potter October 21, 02 .
October 22,02 failed to follow policy rules when comes to training .
Plummer has trained other employees Don Potter

## Incidents

November 4,02 written up for insubordination
in reference to co-worker statement

Freedom of speech written up as insubordinate
November 02,

In retaliation transfer from my area for reported
prejudice in reference to Potter.November 7,02

Impartial investigation on complaint form co-workers
Millie, Annette,

Moira Plummer lead never questioned me of co-workers
complaint.November-02

Written up twice for same incidents
November-02-December-02
Double Jeopardy

Co-workers treated more fairly Potter, October-02
Annette, Millie November Annie

November-02 Brother questioned on confidential matters
by management

Retaliation and retribution used by management
November, December 9-02

## Brief Summary

On or about October 21, 2002 I began my employment at Bay state Health System I was met by Moira Plummer and brought to my assigned area . In which Miss Plummer inform a co-worker Don Potter to train me. Within four hours of my shift I was subjected to unequal treatment and discriminating intent by Potter when he vehemently states (Here comes your ugly brother who is of African American descent). The following day Potter calls the Direct Supervisor Todd Bailey and informs him of his actions, management elected to continue my training with Potter. Around the end of October or early November my training was completed within the area and a meeting was held, present Todd Bailey Potter, Gamble , Plummer, Caroline the meeting was in general until Bailey request a private meeting with me, Bailey informed me and questioned me over and over again to a comment about Potter being saying I said he was prejudiced. I replied no comment at that time. The next day a meeting was held present Plummer, Gamble , Bailey, Bailey inform me to speak freely Plummer verified the statement and defends Potter. Bailey apologies Plummer and Gamble begin to cry. 2 days went by another meeting held Potter , Plummer , Bailey Potter yells and screams and storms out Bailey inform me that I am over sensitive and tells me he is going to write up what another co-worker said about me. Bailey elected to bring my brother in to the manager Tim Callahan even though prior this issue was to held confidential. Management questioned my brother strongly and told him what the word prejudice meant and racism and inquire about me. The next day a meeting was held present

Bailey, Callahan management inform me of my brother responses and stated that I was protected from this harassment but elected to move me to another area I had no choice in the matter and ask management not to hold this against me for using my freedom of speech which resulted in the terminology of the word prejudiced. Burt Ives was know my present direct supervisor I began working in the emergency rooms while working there a co-worker suggest her opinion about a sitting area I response back to her, hours passed by co-worker called the lead Moira Plummer , at no time did Miss Plummer questioned me about the incident It was reported to Burt Ives a meeting was held present Ives I was welcomed abroad and Ives spoke constructively about matters, Even though Bailey was no longer my supervisor he chose to investigate the incident further a meeting was held sometime in November present Bailey, Ives, Bailey begin with training papers which I signed then Mr. Bailey questioned me in reference to what a co-worker said I ask him to leave me alone and look from help from my new supervisor the meeting was unsuccessful, The next day Ives elected to write this incident as subordinate but informed me that he would us it as a tool constructively and wrote it up as verbal warning, In retaliation for using the word prejudice anything I said was wrong Mr. Callahan and Mr. Bailey held a meeting in which on Dec. 9 I was terminated for the same alleged charges Mr. Ives wrote up as a verbal I fell victim not only to unequal treatment and intimidation but double jeopardy. In conclusion the above statement are facts.