UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARBARA WOODS,
        Plaintifft(s)

v.                CIVIL ACTION: 04-30010-KPN

BAYSTATE HEALTH SYSTEMS, ET AL
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

NEIMAN, U.S.M..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Defendant, Baystate Health Systems, pursuant to the Memorandum and Order of the Court entered on June 15,2005, granting the Defendnat's Motion for Summary Judgment.

JUDGMENT entered for the Individual Defendants, the Plaintiff having agreed to their dismissal at the motion hearing on 3/17/2004.

                SARAH A. THORNTON,
                CLERK OF COURT

Dated: June 17, 2005        By  /s/ Mary Finn
                Deputy Clerk

(Judgment Civil.wpd - 11/98)        [jgm.]