80

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BarBara Woods

v.                              CASE NO. 04-30010-KPN

Baystate Health Systems

### NOTICE OF APPEAL

Notice is hereby given that BarBara Woods above named, hereby appeals from the Order for Defendants Summary Judgement entered in the above entitled action on June-15-05.

6-21-05
Date

By

Barbara Woods
Pro-se

(notofapp.frm - 09/92)                         [app., kdapp., kgapp., kcustapp.]