UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA WOODS,<br><br>      Plaintiff,<br><br>vs.<br><br>BAYSTATE HEALTH SYSTEMS,<br><br>      Defendant | Case No.: Civil Action No. 04-30010-KPN<br><br>Motion for waiver of appeal fees to proceed |

The Plaintiff Pro-se ask the court to waive the appeal fees due to the plaintiff financial situation Plaintiff Continues her employment at Tyco and is operating on A very low budget Please see exhibit A. If the plaintiff pro-se is required to pay the fee it would Be very difficult.

In conclusion I ask the court to consider the matter And allow the plaintiff to proceed further.

*Barbara Woods*
Pro-Se
June-21-05

I hereby attest that a true copy of this document will Be delivered to the office of Skoler Abbott and Presser One Monarch Place Suite 2000 Spfld, Mass 01144

# EXHIBIT A

| EMPLOYEE NAME | | | PERIOD ENDING | RATE/SALARY | DEPOSIT NO. |
|---|---|---|---|---|---|
| BARBARA A WOODS | | | 05/29/05 | 8.4200 | 72945017 |

| EARNINGS | HOURS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 40.00 | 336.80 | 6,736.02 | FICA-OASDI | 20.76 | 481.03 |
| OVERTIME 1.5 | | | 378.90 | FEDERAL S-01 | 26.47 | 641.23 |
| 2ND SHIFT PREM | 40.00 | 12.00 | 277.52 | FICA-HI | 4.86 | 112.50 |
| VACATION PAY | | | 404.16 | STATE MA S-01 | 12.74 | 300.65 |
| HOLIDAY PAY | | | 269.44 | METPAY | 58.18 | 1,279.96 |
| | | | | MEDICAL | 10.52 | 231.44 |
| | | | | DENTAL | 3.46 | 76.12 |
| | | | | LTD | 1.08 | 23.76 |
| | | | | SUPP LIFE EE | 1.99 | 43.78 |
| | | | | SUPP LIFE SP | 0.55 | 12.10 |
| TOTAL PAY | 40.00 | 348.80 | 8,066.04 | NET PAY | 208.19 | 4,863.47 |

STATEMENT OF EARNINGS AND DEDUCTIONS    DETACH AND RETAIN FOR YOUR RECORDS

## THIS IS NOT A CHECK

Deposit Number  72945017

Deposited For:  **BARBARA A WOODS**
33 GRANVILLE STREET
SPRINGFIELD    MA 01109

Date    06/02/05    Amount    ******$208.19

## DEPOSIT ADVICE ONLY
## NON-NEGOTIABLE