UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-30010

Barbara Woods

v.

Baystate Health Systems

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 23, 2005.

Sarah A. Thornton, Clerk of Court

By: *Jeanette Ramos*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/24/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Springfield)
# CIVIL DOCKET FOR CASE #: 3:04-cv-30010-KPN

| | |
|---|---|
| Woods v. Baystate Health Systems et al | Date Filed: 01/20/2004 |
| Assigned to: Magistrate Judge Kenneth P. Neiman | Jury Demand: None |
| | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 28:1441 Petition for Removal - Employment Discrim | Jurisdiction: Federal Question |

**Plaintiff**

**Barbara Woods**          represented by  **Barbara Woods**
                                           33 Granville Street
                                           Springfield, MA 01109
                                           PRO SE

V.

**Defendant**

**Baystate Health Systems**   represented by   **Amy B. Royal**
                                              Skoler, Abbott, Hayes & Presser
                                              One Monarch Place
                                              Suite 2000
                                              Springfield, MA 01144
                                              413-737-4753
                                              Fax: 413-787-1941
                                              Email: aroyal@skoler-abbott.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Jay M. Presser**

Skoler, Abbott & Presser
One Monarch Place
Suite 2000
Springfield, MA 01144
413-737-4753
Fax: 413-787-1941
Email: jpresser@skoler-abbott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Bailey**

**Defendant**

**Tom Culhane**

**Defendant**

**Elizabeth Blaney**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2004 | 1 | NOTICE OF REMOVAL by Barbara Woods from Hampden Superior Court filed. Case number 03-1175. Filing fee of $150.00 paid. Receipt number: 305480. Magistrate Consent Form to Counsel.(Finn, Mary) (Entered: 01/21/2004) |
| 01/20/2004 | 2 | NOTICE of Appearance by Jay M. Presser on behalf of Baystate Health Systems filed. (Finn, Mary) (Entered: 01/21/2004) |
| 01/23/2004 | 3 | CONSENT to Jurisdiction by US Magistrate Judge. (This document was not scanned and is sealed). (Lindsay, Maurice) Additional attachment(s) added on 3/12/2004 (Lindsay, Maurice). (Entered: 01/23/2004) |
| | | |

| | | |
|---|---|---|
| 01/26/2004 | 4 | MOTION to Dismiss *Certain Claims* by Baystate Health Systems.(Presser, Jay) (Entered: 01/26/2004) |
| 01/26/2004 | 5 | MEMORANDUM OF LAW by Baystate Health Systems to 4 MOTION to Dismiss *Certain Claims*. (Presser, Jay) (Entered: 01/26/2004) |
| 01/27/2004 | 6 | Ptf's MOTION to Remand by Barbara Woods. (Lindsay, Maurice) (Entered: 01/27/2004) |
| 01/29/2004 | 7 | CORPORATE DISCLOSURE STATEMENT by Baystate Health Systems. (Presser, Jay) (Entered: 01/29/2004) |
| 01/30/2004 | 8 | Opposition re 6 MOTION to Remand filed by Baystate Health Systems. (Presser, Jay) (Entered: 01/30/2004) |
| 02/05/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered denying 6 Plaintiff's Motion to Remand, essentially for the reasons set forth in Defendant's Opposition (Document No. 08). The clerk shall set this matter down for a scheduling conference. (Neiman, Kenneth) (Entered: 02/05/2004) |
| 02/06/2004 | 9 | Ptf's MOTION for Extension of Time to 21 days to file its response to Dft's 4 motion to dismiss certain claims, by Barbara Woods.(Lindsay, Maurice) (Entered: 02/09/2004) |
| 02/06/2004 | 10 | STATE COURT Record Todd Bailey served on 1/6/2004, answer due 1/26/2004; Baystate Health Systems served on 1/6/2004, answer due 1/26/2004; Elizabeth Blaney served on 1/6/2004, answer due 1/26/2004; Tom Culhane served on 1/6/2004, answer due 1/26/2004.. (Lindsay, Maurice) (Entered: 02/09/2004) |
| 02/10/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 9 Plaintiff's Motion for Extension of Time to respond to Motion to Dismiss. Plaintiff's |

| | | |
|---|---|---|
| | | response shall be filed by March 1, 2004. (Neiman, Kenneth) (Entered: 02/10/2004) |
| 02/10/2004 | 11 | NOTICE of Hearing: Scheduling Conference set for 3/17/2004 10:00 AM in Courtroom 3 before Magistrate Kenneth P. Neiman; cc/cl. and Pltf. (Finn, Mary) (Entered: 02/10/2004) |
| 02/11/2004 | 12 | Letter/request (non-motion) from Jay Presser re: Dft's will not be filing opposition to Ptf's request for additional time. (Lindsay, Maurice) (Entered: 02/11/2004) |
| 03/01/2004 | 13 | CERTIFICATION pursuant to Local Rule 16.1 by Baystate Health Systems.(Lindsay, Maurice) (Entered: 03/01/2004) |
| 03/01/2004 | 14 | Ptf's OPPOSITION RESPONSE to Dft's 4 MOTION to Dismiss filed by Barbara Woods. (Attachments: # 1 Exhibit to main document)(Lindsay, Maurice) (Entered: 03/01/2004) |
| 03/11/2004 | 15 | JOINT STATEMENT AND Proposed Pre-Trial Schedule pursuant to Local Rule 116.5(C) by Todd Bailey, Baystate Health Systems, Elizabeth Blaney, Tom Culhane, Barbara Woods.(Lindsay, Maurice) (Entered: 03/11/2004) |
| 03/12/2004 | 16 | All parties having consented to the random assignment to Magistrate Judge Neiman, this case will remain before the Magistrate Judge. (Lindsay, Maurice) (Entered: 03/12/2004) |
| 03/17/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting in part and denying in part 4 Defendant's Motion to Dismiss. For the reasons stated in open court this day and the reasons described in Defendant's Memorandum of Law (Document No. 5), Plaintiff's two constitutional claims as well as her claim for an "intentional tort" are hereby dismissed. To the extent Defendant seeks to dismiss Plaintiff's |

|  |  |  |
|---|---|---|
|  |  | claim of defamation, that request is denied. So ordered. (Neiman, Kenneth) (Entered: 03/17/2004) |
| 03/17/2004 | 17 | Judge Kenneth P. Neiman : SCHEDULING ORDER entered. All written discovery shall be completed by 7/30/2004. Non-expert depos. to be completed by 9/30/2004. Case Management Conf. set for 10/6/2004 at 10:00 AM in Courtroom 3 before Magistrate Kenneth P. Neiman; cc/cl. and Pltf.(Finn, Mary) (Entered: 03/17/2004) |
| 03/17/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Motion Hearing held on 3/17/2004 re 4 MOTION to Dismiss Certain Claims filed by Baystate Health Systems and Scheduling Conference held on 3/17/2004. Arguments heard. Order to issue. Schedule established with order to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 03/18/2004) |
| 03/29/2004 | 18 | ANSWER to Complaint by Baystate Health Systems. (Presser, Jay) (Entered: 03/29/2004) |
| 04/05/2004 | 19 | MOTION for Extension of Time to 30 days to File its Response to Dft's answer by Barbara Woods.(Lindsay, Maurice) (Entered: 04/05/2004) |
| 04/06/2004 |  | Judge Kenneth P. Neiman : electronic ORDER entered denying 19 Plaintiff's Motion for Extension of Time to File Response to Defendant's Answer. Defendant's Answer to Plaintiff's Complaint does not require a response. (Neiman, Kenneth) (Entered: 04/06/2004) |
| 04/06/2004 | 20 | Opposition re 19 MOTION for Extension of Time to 30 days to File Response/Reply filed by Baystate Health Systems. (Presser, Jay) (Entered: 04/06/2004) |
| 04/12/2004 | 21 | MOTION for Default Judgment as to Baystate Health Systems, et al., by Barbara Woods.(Lindsay, Maurice) (Entered: 04/12/2004) |
|  |  |  |

| | | |
|---|---|---|
| 04/13/2004 | 22 | Opposition re 21 MOTION for Default Judgment as to Baystate Health Systems filed by Baystate Health Systems. (Presser, Jay) (Entered: 04/13/2004) |
| 04/19/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered denying 21 Plaintiff's Motion for Default Judgment for the resons set forth in Defendant's Opposition (Document No 22). (Neiman, Kenneth) (Entered: 04/19/2004) |
| 06/07/2004 | 23 | MOTION for waiver of fees and costs by Barbara Woods.(Lindsay, Maurice) (Entered: 06/07/2004) |
| 07/01/2004 | | Judge Kenneth P. Neiman: Electronic ORDER entered granting 23 Plaintiff's Motion for Waiver of Fees and Costs. Plaintiff's motion, construed as a motion filed pursuant to Fed. R. Civ. P. 26(c) ("Upon motion by a party..., and for good cause shown, the court... may make any order which justice requires to protect a party... from... undue burden or expense"), is ALLOWED without opposition as follows. Defendant shall incur Plaintiff's costs associated with only two depositions at this time. Plaintiff's costs with respect to further depositions will be allowed only if Plaintiff provides further justification with respect thereto. It is so ordered. Kenneth P. Neiman, USMJ. (Olin, Nathan) (Entered: 07/01/2004) |
| 09/16/2004 | 24 | Ptf's MOTION for a Protective Order to stop deposition & Motion for a waiver to obtain counsel for deposition purposes by Barbara Woods.(Lindsay, Maurice) (Entered: 09/16/2004) |
| 09/21/2004 | 25 | First MOTION for Sanctions *and Oppposition to Plaintiff's Motion for Protective Order* by Baystate Health Systems. (Attachments: # 1 Affidavit Jay Presser, Esq.# 2 Exhibit A to Affidavit# 3 Exhibit B to Affidavit# 4 Exhibit C to Affidavit# 5 Exhibit D to Affidavit)(Presser, Jay) (Entered: 09/21/2004) |
| | | |

| | | |
|---|---|---|
| 09/22/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered denying 24 Plaintiff's Motion for a Protective Order; having read the transcript of the deposition, the court is convinced that the deposition was handled in the appropriate manner by Defendant's counsel. Plaintiff's request for the appointment of counsel is DENIED as well: the caselaw cited by Plaintiff does not apply to the facts in the instant matter. In New Hanover County v. Sidbury, for example, the pro se party had subsequently hired his own attorney. The court also grants in part and denies in part 25 Defendant's Motion for Sanctions. Having considered the respective positions of the parties, the court hereby ORDERS Plaintiff to return to the deposition no later than October 5, 2004, at a time otherwise mutually agreeable to the parties. Plaintiff shall respond fully and to the best of her ability to all questions posed by Defendant's counsel. Plaintiff's failure to comply with this order could result in the dismissal of her case. In all other respects, Defendant's motion is DENIED without prejudice. So ordered. (Neiman, Kenneth) (Entered: 09/22/2004) |
| 10/01/2004 | 26 | MOTION for Extend deadline to 11/5/04 to Complete Ptf's Deposition by Todd Bailey, Baystate Health Systems, Elizabeth Blaney, Tom Culhane.(Lindsay, Maurice) (Entered: 10/04/2004) |
| 10/01/2004 | 27 | MOTION to Continue Case Management Conference to 11/13/04 by Todd Bailey, Baystate Health Systems, Elizabeth Blaney, and Tom Culhane.(Lindsay, Maurice) (Entered: 10/04/2004) |
| 10/05/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 26 Motion for Extension of Time to Complete Discovery to November 5, 2004, and granting 27 Motion to Continue Case Management Conference to October 13, 2004, at 11:00 a.m. Defendant shall notify Plaintiff forthwith.(Neiman, |

| | | |
|---|---|---|
| | | Kenneth) (Entered: 10/05/2004) |
| 10/13/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Kenneth P. Neiman : Case Management Conference held on 10/13/2004. Court will allow plaintiff one final deposition of Mr. Williams at defendant's expense. Defendant's Motion for Summary Judgment due by 12/10/2004. Plaintiff's response to be filed by 1/7/05. Defendant to notify court by 12/10/04 if no motion is to be filed. (Court Reporter CD Recorder.) (Stuckenbruck, John) (Entered: 10/13/2004) |
| 10/13/2004 | 28 | Judge Kenneth P. Neiman : SCHEDULING ORDER entered. All written discovery to be completed by 11/05/2004. Deft's shall file their motion for S/J by 12/10/204, or notify the Court in writing by that date that no such motion will be filed. Pltf's shall resp. to the Deft's motion for S/J by 1/07/2005; cc/cl. and Pltf. (Finn, Mary) Modified on 10/13/2004 (Finn, Mary). (Entered: 10/13/2004) |
| 11/05/2004 | 29 | MOTION for Protective Order by Barbara Woods. (Lindsay, Maurice) (Entered: 11/05/2004) |
| 11/08/2004 | 30 | Opposition re 29 MOTION for Protective Order *and Defendant's Motion for Sanctions* filed by Baystate Health Systems. (Presser, Jay) Additional attachment(s) added on 11/8/2004 to replace a blank document (Lindsay, Maurice). (Entered: 11/08/2004) |
| 11/09/2004 | ● | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered denying 29 Plaintiff's Motion for Protective Order; the matters for which Plaintiff seeks protection are not privileged. Accordingly, the court ALLOWS Defendant's request for sanctions 30 as follows: Plaintiff shall either provide Defendant a sworn affidavit by Novemebr 17, 2004, containing the following information regarding her sister-in-law -- her name, address and place of employment at the |

|  |  |  |
|---|---|---|
|  |  | time of the incident in question -- or be barred thereafter, either in response to a motion for summary judgment or at trial, from claiming any justification for having left a meeting with Mr. Alves early. So ordered (Neiman, Kenneth) (Entered: 11/09/2004) |
| 12/10/2004 | 31 | MOTION for Summary Judgment by Baystate Health Systems.(Presser, Jay) (Entered: 12/10/2004) |
| 12/10/2004 | 32 | STATEMENT of facts re 31 MOTION for Summary Judgment. (Presser, Jay) (Entered: 12/10/2004) |
| 12/10/2004 | 33 | MEMORANDUM in Support re 31 MOTION for Summary Judgment filed by Baystate Health Systems. (Presser, Jay) (Entered: 12/10/2004) |
| 12/10/2004 | 34 | MOTION for Leave to File Excess Pages *of Memorandum of Law In Support of Motion for Summary Judgment* by Baystate Health Systems. (Presser, Jay) (Entered: 12/10/2004) |
| 12/10/2004 | 35 | AFFIDAVIT in Support *of Motion for Summary Judgment*. (Attachments: # 1)(Presser, Jay) (Entered: 12/10/2004) |
| 12/10/2004 | 36 | AFFIDAVIT in Support *by Todd Bailey to Motion for Summary Judgment*. (Presser, Jay) (Entered: 12/10/2004) |
| 12/10/2004 | 37 | EXHIBITS re: 31 MOTION for Summary Judgment filed by Baystate Health Systems by Baystate Health Systems. Exhibits are voluminous and not scanned. Are on file in the Clerk's Office. (Stuckenbruck, John) (Entered: 12/13/2004) |
| 12/13/2004 |  | Judge Kenneth P. Neiman : Electronic ORDER entered granting 34 Motion for Leave to File Memorandum in Support of Motion for Summary Judgment in Excess of Twenty Pages. (Stuckenbruck, John) (Entered: 12/13/2004) |
| 01/03/2005 | 38 | MOTION for Extension of Time to 3 weeks to File |

|  |  |  |
|---|---|---|
|  |  | Response to Dft's motion by Barbara Woods.(Lindsay, Maurice) (Entered: 01/03/2005) |
| 01/04/2005 |  | Judge Kenneth P. Neiman : ElectronicORDER entered granting 38 Plaintiff's Motion for Extension of Time to File Response/Reply re 31 Defendant's MOTION for Summary Judgment. Response due by January 28, 2005. There shall be no further extensions. (Neiman, Kenneth) (Entered: 01/04/2005) |
| 01/28/2005 | 39 | Ptf's MEMORANDUM OF LAW IN RESPONSE to Dft's 31 MOTION for Summary Judgment filed by Barbara Woods. (Attachments: # 1 Exhibits# 2 Exhibits# 3 Exhibits# 4 Exhibits# 5 Exhibits)(Lindsay, Maurice) (Entered: 01/31/2005) |
| 06/15/2005 | 40 | Judge Kenneth P. Neiman : MEMORANDUM AND ORDER entered. The Court acknowledges Pltf's efforts in pursuing this matter pro se. Unfortunately for her cause, however, her claims cannot survice. For the reasons stated, therefore, Deft's motion for S/J - 31 is ALLOWED; cc/cl. and Pltf. (Finn, Mary) (Entered: 06/16/2005) |
| 06/17/2005 | 41 | Judge Kenneth P. Neiman : JUDGMENT entered for the Deft., Baystate Health Systems, pursuant to the Memorandum and Order of the Court entered on 6/15/2005, granting the Deft's motion for S/J. JUDGMENT entered for the Individual Defts., the Pltf. having agreed to their dismissal at the motion hearing on 3/17/2004. (Finn, Mary) Modified on 6/17/2005 (Finn, Mary). (Entered: 06/17/2005) |
| 06/21/2005 | 42 | NOTICE OF APPEAL as to 40 Order on Motion for Summary Judgment,, 41 Judgment, by Barbara Woods. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of |

|            |    |                                                                                                                                                                                      |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Appeals. Appeal Record due by 7/11/2005. Note: Fee has not been paid. cc/cl (Lindsay, Maurice) (Entered: 06/21/2005)                                                                 |
| 06/21/2005 | 43 | MOTION to waive fee for Appeal by Barbara Woods. (Lindsay, Maurice) (Entered: 06/21/2005)                                                                                            |
| 06/21/2005 |    | Remark: The complete case file containing all pleadings and a certified copy of the docket sent today to the Clerk's Office in Boston, for final processing to the Appeals Court. (Lindsay, Maurice) (Entered: 06/21/2005) |